# EXHIBIT 6

**Claim Chart – U.S. Patent No. 12,036,174 – AERLANG Massage Gun with Heat and Cold**

| U.S. Patent No. 12,036,174 | AERLANG Massage Gun with Heat and Cold |
|---|---|
| 17. A treatment device, comprising: | The accused product is a treatment device:  |

| | |
|---|---|
| a body provided with a power source and a processing unit | The accused product has a body provided with a power source (a battery) and a processing unit:   |

| | |
|---|---|
| | If there is a fault during the operation of this product, please check it. If the fault cannot be eliminated or the product still cannot be operated, please turn off the power and contact the service center of this product for maintenance. **Troubleshooting** <br><br> <table><tr><th>Possible causes</th><th>Possible reasons</th><th>Troubleshooting</th></tr><tr><td rowspan="4">Product cannot work</td><td>Low battery</td><td>Charging</td></tr><tr><td>Pressing the power button in the wrong position or not enough time.</td><td>Press the correct position for 3 seconds and release.</td></tr><tr><td>When the ambient temperature is higher than 40°C or below 0°C, the product may trigger Protection function, making the machine unable to operate normally.</td><td>Please put the product in the environment within 40 °C, above 0°C for two hours, and then turn on.</td></tr><tr><td>If the idle time is too long, the battery will generate discharge protection.</td><td>Customer service, activate the battery</td></tr><tr><td rowspan="4">Product cannot be charged</td><td>The charger connection plug is not in place.</td><td>Please reinsert until the charging display appears</td></tr><tr><td>Damaged charging cable plug</td><td>Please replace the charging cable</td></tr><tr><td>The charger used, the charging cable does not meet the product requirements.</td><td>Please match according to the technical parameters provided in the manual</td></tr><tr><td>When the Airframe temperature or charging environment is higher than 40°C, the circuit triggers overheat protection.</td><td>Please put the product in the environment within 40 °C, above 0°C for two hours, and then turn on.</td></tr><tr><td>The product can be turned on, but the function cannot work</td><td>Low battery</td><td>Charging</td></tr><tr><td>Massage head falls off</td><td>The massage head is not installed in the correct position</td><td>Please follow the instruction manual</td></tr><tr><td>During the operation of the product, it shuts down after being pressed for a long time with strong force</td><td>Protection function for product settings, switching from run mode to standby mode</td><td>Please restart the product</td></tr></table> <br><br> Please do not disassemble or try to repair by yourself. Once disassembled, we will not be responsible for it. 06 |



| | |
|---|---|
| configured to receive input data and generate a control signal based on the input data, | The accused product is configured to receive input data from the power button and the heating/refrigeration control buttons and generate a control signal to, *e.g.*, turn the accused product on or turn on/off the heat or cool functions, based on the input data:   |

| | |
|---|---|
| the body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body; and | The accused product includes a body including a skin contacting surface maintainable against skin of a user by a force applied by a hand of the user when gripping the body:  |

| | |
|---|---|
| a first energy generator element and a second energy generator element coupled to the body, | The accused product has a first energy generator element (percussion) and a second energy generator element (heat or cooling) coupled to the body:<br><br><br><br> |

| | |
|---|---|
| the first and second energy generator elements being independently operable to convert electricity from the power source into a first energy type and a second energy type, respectively, | The accused product has first and second energy generator elements that are independently operable to convert electricity from the power source into a first energy type (percussion) and a second energy type (heat or cooling), respectively:<br><br> |

| | |
|---|---|
| and direct the first and second energy types toward an area of skin, | The accused product directs the first and second energy types toward an area of skin:<br><br>1. In the shutdown state, long press the power button (at the bottom of the machine) for 2 seconds to turn on (or off) the power and massage functions. Short press the power button to adjust the force in a cycle of gears (1st to 5th to 1st).<br>2. When turned on, short press the cooling button (blue) and heating button (orange) to adjust the cycle gear of the cooling and heating intensity (1st gear~5th gear~0 gear).<br>3. The operation method for turning on the cooling or heating function:<br>In the shutdown state, long press the cooling button (blue) or heating button (orange) for 2 seconds to turn on (or off) this function, and short press the cooling or heating button to cycle and adjust the cooling and heating intensity (1st to 5th gear).<br>4. Display light display instructions:<br>The blue light shows cooling mode, the red light shows heating mode, and the white light shows intensity mode.<br>The length of the display light corresponds to the intensity of functions such as massage, cooling, and heating, from weak to strong.<br>In non separate cooling and heating mode, the short white light display in cooling and heating mode indicates that the function is turned off.<br>Reminder: This product has an automatic working memory storage function. The next time it is turned on, it defaults to the previous usage state when it was turned off.<br><br><br><br> |

| | |
|---|---|
| the first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin; | The accused product includes a first energy generator element including an impact generator element having a tissue contact surface that is linearly actuatable along an axis to contact and cause corresponding physical movement of the area of skin:<br><br> |

| | |
|---|---|
| wherein the processing unit is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal. | The accused product has a processing unit that is operable to output an optical signal on a display that is observable by eyes of the user, the output corresponding to the control signal:<br><br><br><br> |